**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) Case No. 1:24-cv-01266 ) |
| v. | ) Hon. Jeremy C. Daniel, D.J. ) |
| NORTHWESTERN UNIVERSITY and KOLBY KEATTS, | ) Hon. Maria Valdez, M. J. ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Mesa Underwriters Specialty Insurance Company and Defendant Northwestern University, pursuant to settlement, hereby stipulate to the dismissal of this action with prejudice with each party to bear its own costs.

Date: November 7, 2024

Respectively Submitted,

| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY<br>/s/     *Dennis M. Dolan*<br>Dennis M. Dolan, One of Its Attorneys<br><br>Dennis M. Dolan<br>Yixin "Sam" Shangguan<br>LITCHFIELD CAVO LLP<br>303 W. Madison, Suite 300<br>Chicago, IL 60606<br>(312) 781-6641 Dolan Direct<br>(312) 781-6594 Shangguan Direct<br>Email: Dolan@LitchfieldCavo.com<br>         Shangguan@LitchfieldCavo.com<br><br>***Attorneys for Plaintiff, Mesa Underwriters Specialty Insurance Company*** | NORTHWESTERN UNIVERSITY<br>s/     *Jerome R. Weitzel (with permission)*<br><br>Jerome R. Weitzel<br>Caitlin J. Brown<br>Kozacky Weitzel McGrath, P.C.<br>77 W. Wacker Dr., Ste. 4500<br>Chicago, IL 60601<br>312-696-0900<br>jweitzel@kwmlawyers.com<br>cbrown@kwmlawyers.com<br><br>***Attorneys for Defendant Northwestern University*** |

**CERTIFICATE OF SERVICE**

    I, Dennis M. Dolan, an attorney, certify that on November 7, 2024 service of a true and complete copy of the foregoing STIPULATION OF DISMISSAL was filed electronically with the Court and served upon counsel of record via the Court's ECF filing syste.

                                                  /s/ Dennis M. Dolan
                                                  Dennis M. Dolan