## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Mesa Underwriters Specialty Insurance Company

          Plaintiff,

v.          Case No.: 1:24−cv−01266
          Honorable Jeremy C. Daniel

Northwestern University, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 8, 2024:

      MINUTE entry before the Honorable Maria Valdez: Pursuant to the parties' Stipulation of Dismissal [27], the status report date of 12/13/24 is stricken. All matters relating to the referral of this matter having been resolved, the case is returned to the assigned judge. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.